JAMES COLLINGWOOD COMM^R OF THE SLOOP *Charming Betty* vs SHIP *Oratava* AND HER CARGO

July 10th 1740.

The Court being Opened According to Adjournm^ts George Simpson was further Interrogated Declares upon Oath — and also John Bennet was Sworn — Likewise Robert Williamson was further Sworn — And then the Court was Adjourned until to Morrow 7 a Clock A: M

JAMES COLLINGWOOD COMMANDER OF THE SLOOP *Charming Betty* vs SHIP *Oratava* AND HER CARGO

July 11th 1740.

The Court being Opened According to Adjournm^t and after several Court Pleas on both sides The Court was adjourned Untill to Morrow at 10 a Clock A. M